# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gregory L. Adkins, et al

      Plaintiffs,      Civil 10-1049 (PAM/JJK)

v.

      **ORDER OF DISMISSAL**

Deutsche Bank National Trust Co.
*as Trustee of Argent Mortgage Securities*
*Inc. Asset Backed Pass Through Certificates,*
*Series 2005-W3*

      Defendant.

_____

  The court having been advised that the above case has been settled,

  **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April __7__ , 2011

              *s/Paul A. Magnuson*
              Paul A. Magnuson, Judge
              United States District Court